270 Davidson Avenue
Somerset, NJ 08873

# PARKER IBRAHIM & BERG
ATTORNEYS AT LAW

5 Penn Plaza
Suite 2371
New York, NY 10001
www.piblaw.com

Writer's Direct Contact:
908.333.6220(Tel.)
908.333.6230 (Fax)
scott.parker@piblaw.com

July 11, 2014

**VIA EMAIL**
Honorable Judge Richard J. Sullivan, USDJ
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

    Re:    **Andrea Siegel v. JPMorgan Chase Bank, National Association**
            **Docket No: 14 CV 4364**

Your Honor:

    This firm represents Defendant JPMorgan Chase Bank, National Association ("Defendant"), in the above-referenced matter. Please consider this letter as a formal request for an extension of time to file an Answer in this matter until August 1, 2014. Defendant received the Complaint of Plaintiff Andrea Siegel ("Plaintiff") on June 24, 2014 and the current deadline for the Answer to be filed is July 15, 2014. We have requested an extension of time to file the Answer from Plaintiff and Plaintiff consented to an extension until August 1, 2014. This is the first request Defendant has made for an extension in this matter.

                                Respectfully submitted,

                                Scott W. Parker

cc:    Kerry Connolly, Esq.
       (via email and first class mail)

{00205054.DOCX }